UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BRENDA WILSON**                                                              **CIVIL ACTION**

**VERSUS**                                                                              **NO. 06-1722**

**AIG INSURANCE COMPANIES, ET AL.**                                **SECTION "K"(5)**

### ORDER

L.R. 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion.  No memorandum in opposition to Defendant AIG Insurance Companies' Motion for Summary Judgment (Rec.Doc.No. 21)  set for hearing on October 4, 2006, has been timely submitted.

Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that the motion is **GRANTED** and Defendant AIG is hereby **DISMISSED WITH PREJUDICE** from this proceeding.

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty (30) days.  The motion must be accompanied by an opposition memorandum to the original motion.  Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, will be assessed against the party moving for reconsideration. See Fed. R. Civ. P. 16, 83.  A statement of costs conforming to L.R. 54.3 shall be submitted by all parties desiring to be awarded costs and attorney's fees no later than eight (8) days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, on this  28th  day of September, 2006.

 STANWOOD R. DUVAL, JR.
 UNITED STATES DISTRICT COURT JUDGE